**No. 55865.**—John F. Fitzgerald, Jr. *v.* United States, protests 170419–K and 170643–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boutonnieres the same in all material respects as those the subject of Abstract 54274, the claim of the plaintiff was sustained.